UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV24-3-MU

| | |
|---|---|
| KARIM ABDUL AKBAR, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ROBERT C. LEWIS, et al., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

This matter is before the Court on Plaintiff's Complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1.) Plaintiff's Complaint was originally filed on December 8, 2009 in the Eastern District of North Carolina. However, by Order dated January 20, 2010, Plaintiff's Complaint was transferred to this district and assigned to the undersigned.

The Prisoner Litigation Reform Act ("PLRA") allows the court to dismiss a prisoner's action "if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or an appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or for failure to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). This subsection is known as the "three strikes" provision of the PLRA. Court records indicate that Plaintiff is no stranger to the Court and had filed numerous lawsuits in this and other districts. Indeed, by Order dated January 5, 2010 the undersigned concluded that Plaintiff has filed at least three cases which have been dismissed as frivolous, malicious, or for failure to state a claim for relief. (Case No.

3:09cv552: Doc. No. 5.) Inasmuch as Plaintiff has not demonstrated that he is under imminent danger of serious physical injury, his Complaint must be dismissed without prejudice to his right to re-file his action along with his payment of the $350.00 filing fee.

Accordingly, Plaintiff is barred from filing this action in forma pauperis, and this suit is **dismissed** under 28 U.S.C. §1915(g). The Clerk is directed to send a copy of this Order to the Plaintiff.

SO ORDERED.

Signed: January 21, 2010

Graham C. Mullen
United States District Judge