# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Karim Abdul Akbar,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:10CV24

Robert C. Lewis, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2010 Order.

Signed: January 21, 2010

Frank G. Johns, Clerk
United States District Court